UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| COY WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:17-CV-172-TAV-CCS |
| MORGAN COUNTY CORRECTIONAL FACILITY, and TENNESSEE DEPARTMENT OF CORRECTION, | ) | |
| Defendants. | ) | |

## **MEMORANDUM OPINION**

This *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 was filed on April 28, 2017 [Doc. 5]. On October 25, 2017, the Court entered a Memorandum and Order, screening the complaint to determine whether, *inter alia*, the pleading failed to state a claim which would entitle Plaintiff to relief under § 1983 [Doc. 6]. The Court found that the complaint, as pled, failed to state a claim, but that it might state a claim if Plaintiff amended certain allegations [*Id.*]. Thus, the Court allowed Plaintiff thirty days from that date to amend those allegations [*Id.*].

More than thirty days have passed, and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order. Therefore, this case will be **DISMISSED** for failure to state a claim for relief, 28 U.S.C. § 1915(e)(2), and for Plaintiff's failure to prosecute and to comply with the orders of this Court, Fed. R. Civ. P. 41(b).

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE